CLARA HAMMER, Respondent, *v.* GEORGE HAMMER, Appellant.

Submitted April 7, 1952; decided April 23, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements.  [See 303 N. Y. 481.]